```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
_____
                                      )
MICHELLE MURPHY,                      )
                                      )
                Plaintiff,            )
                                      )
      v.                              )   CIVIL ACTION
                                      )   NO. 21-10916-WGY
MODERN ASSISTANCE PROGRAMS, INC.,     )
JOHN E. CHRISTIAN, DAMIEN             )
TURINI, and SUZANNE BUMP,             )
                                      )
                Defendants.           )
_____ )
```

YOUNG, D.J.                                              July 21, 2021

**ORDER**

It appears that this Court does not have subject-matter jurisdiction and therefore ought remand this action to the Massachusetts Superior Court sitting in and for the county of Norfolk.  The non-diverse parties have 30 days from the date of this order to file a precise clarification as to this Court's subject-matter jurisdiction.

    **SO ORDERED.**

                                              /s/ William G. Young
                                              WILLIAM G. YOUNG
                                              DISTRICT JUDGE